LEONARD A. WOOSTER, Respondent, *v.* THE WESTERN
    NEW YORK AND PENNSYLVANIA RAILROAD COMPANY,
    Appellants.

(Argued June 14, 1892; decided October 4, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 23, 1891, which affirmed a judgment in favor
of plaintiff entered upon a verdict and affirmed an order
denying a motion for a new trial.

*John G. Milburn* for appellants.

*William L. Marcy* for respondent.

Agree to affirm; no opinion.

All concur, except EARL, Ch. J., and PECKHAM, J., not voting.

Judgment affirmed.